**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colleen McQuade-Arrequin, | No. CV16-00549-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Grand Canyon Education Incorporated, | |
| Defendant. | |

The parties have stipulated to stay these proceedings because they have submitted to a binding pre-dispute arbitration. Doc. 7. The Court finds that a stay is unnecessary, and will instead dismiss the case.

A district court has discretion to stay or dismiss an action when it finds that the parties' arbitration agreement is "valid and enforceable." *Nagrampa v. MailCoups, Inc.*, 469 F.3d 1257, 1276 (9th Cir. 2006). Some district courts have found that the Ninth Circuit favors stays over dismissals. *See Tierra Right of Way Servs., Ltd. V. Abengoa Solar Inc.*, No. CV-11-00323-PHX-GMS, 2011 WL 2292007, at *7 (D. Ariz. June 9, 2011) (citing *Bushley v. Credit Suisse First Boston*, 360 F.3d 1149, 1153 n.1 (9th Cir. 2004)). However, a district court does not err by dismissing a case even where neither party requests dismissal. *Sparling v. Hoffman Const. Co., Inc.*, 864 F.2d 635, 637-38 (9th Cir. 1988); *see Cayenne Med., Inc. v. MedShape, Inc.*, No. 2:14-CV-0451-HRH, 2015 WL 5363717, at *4 (D. Ariz. Sept. 15, 2015) (holding that "[g]enerally, a stay is appropriate but it is within the court's discretion to dismiss a case" when all claims are

subject to arbitration) (citing *Delgadillo v. James McKaone Enters., Inc.*, No. 1:12–cv–1149 AWI MJS, 2012 WL 4027019, at *3 (E.D. Cal. Sept. 12, 2012)).  The parties in this case have submitted all claims to arbitration.  Therefore, the Court will exercise its discretion to dismiss the case without prejudice.

**IT IS ORDERED** that this case is **dismissed** without prejudice and the Clerk is directed to **terminate** this action.

Dated this 20th day of April, 2016.

*David G. Campbell*
United States District Judge

- 2 -